IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WOLFBLOCK LLP** | : |
| | : |
| | :  CIVIL ACTION |
| v. | : |
| | :  NO. 13-6676 |
| **FEDERAL INSURANCE COMPANY** | : |
| | : |

### ORDER

**AND NOW**, this 18th day of June, 2014, upon consideration of "Plaintiff WolfBlock LLP's Motion for Remand" (Doc. No. 8), the response and reply thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.

The motion is **GRANTED** in that this case will be **REMANDED** to the Court of Common Pleas of Philadelphia County, where it was originally docketed at June Term 2013, No. 02528. The motion is **DENIED** with respect to Wolf Block's request for costs.

**IT IS FURTHER ORDERED** that Defendant Federal's "Motion to Dismiss" (Doc. No. 3) is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**